Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
Meredith D. Stewart (State Bar No. 217212)
mstewart@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone 949-260-3100
Facsimile 949-260-3190

Attorneys for Defendants
7253 VARIEL AVE, LLC and LEEDS
PROPERTY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| ROBIN DAVIS et al. | Case No. 2:15-CV-06784 DDP (GJSx) |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| 7253 VARIEL AVE, LLC, et al. | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This action came on regularly for hearing before the Court on March 6, 2017, the Honorable Dean Pregerson, District Judge Presiding, on Defendants' Motion for Partial Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard and after the Court took the matter under submission, a decision has been duly rendered:

-2-

IT IS ORDERED AND ADJUDGED that based on the Court's Order Granting Defendants' Motion for Partial Summary Judgment (Dkt. 52) granting summary judgment in favor of Defendants 7253 VARIEL AVE, LLC and LEEDS PROPERTY MANAGEMENT, INC., and against Plaintiff PATRICIA GOMEZ, as to all causes of action, that it is FURTHER ORDERED AND ADJUDGED that Plaintiff PATRICIA GOMEZ take nothing, that the action be dismissed on the merits in its entirety and that Defendants 7253 VARIEL AVE, LLC and LEEDS PROPERTY MANAGEMENT, INC. shall recover their costs.

DATED: March 15, 2017    _____
                         Honorable Dean D. Pregerson
                         District Court Judge Presiding

116691.1